UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-cr-00103-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RAHEEM WILLIAMS, | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court reduce his sentence. (Doc. No. 461).

The defendant states that he has learned and lost a great deal while incarcerated and seeks clemency so he can return to help his family. The circumstances noted by the defendant are not grounds for a reduction by this Court, which has limited authority to alter a sentence once it is imposed.[1] 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35. Clemency is a matter for the President to grant. See Cavazos v. Smith, 132 S. Ct. 2, 7 (2011) (clemency is "a prerogative granted to executive authorities to help ensure that justice is tempered by mercy."

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 461) is **DENIED**.

Signed: August 18, 2015

Robert J. Conrad, Jr.
United States District Judge

---

[1] Appointed counsel recently filed a notice confirming that the defendant is not eligible for a sentence reduction based on retroactive amendments to the sentencing guidelines. (Doc. No. 436).