IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00103-RJC

| USA | ) | |
| :--- | :--- | :--- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAHEEM WILLIAMS (8) | ) | |
| | ) | |

**THIS MATTER** is before this Court upon the defendant's motion for placement in the Residential Drug Abuse Program (RDAP) in the Bureau of Prisons (BOP). (Doc. No. 517).

The defendant seeks help in being placed in the RDAP following his completion of non-residential drug treatment. Congress delegated to the BOP the discretion to determine which prisoners may participate in RDAP and which prisoners are eligible for sentence reductions. Lopez v. Davis, 531 U.S. 230, 240 (2001). This Court previously recommended to the BOP that the defendant participate in any available substance abuse treatment program and receive benefits, if eligible, pursuant to 18 U.S.C. § 3621(e)(2). (Doc. No. 279: Judgment at 2). The defendant has not shown that the Court has authority to do anything more.

**IT IS, THEREFORE, ORDERED** that defendant's motion (Doc. No. 517) is **DENIED**.

Signed: August 16, 2021

Robert J. Conrad, Jr.
United States District Judge